# ARKANSAS COURT OF APPEALS

DIVISION III
**No.** CR–13–443

| | | |
|---|---|---|
| | | **Opinion Delivered** January 15, 2014 |
| JOE JONES | | APPEAL FROM THE CRITTENDEN |
| | APPELLANT | COUNTY CIRCUIT COURT |
| | | [CR–2008-258] |
| V. | | |
| | | HONORABLE RALPH WILSON, JR., |
| STATE OF ARKANSAS | | JUDGE |
| | APPELLEE | AFFIRMED; MOTION TO WITHDRAW GRANTED |

## RHONDA K. WOOD, Judge

This is a no-merit appeal from a probation revocation. Joe Jones pleaded guilty to fleeing, a Class "D" felony, and was sentenced to sixty months' probation. The State filed a petition to revoke Jones's probation alleging that, among other violations, he had failed to pay his fines, costs, and fees as directed. The circuit court revoked his probation and sentenced him to seventy-two months' suspended imposition of sentence.

In compliance with Rule 4-3(k) of the Rules of the Arkansas Supreme Court and Court of Appeals, Jones's attorney brings a no-merit appeal and a motion asking to be relieved as counsel. The motion to withdraw is accompanied by a brief, including both a discussion of all matters in the record that might arguably support an appeal and a statement

as to why counsel considers the points to be incapable of supporting a meritorious appeal. Jones has not exercised his right to file pro se points for reversal.

The State needs to show only one violation of probation in order to sustain a revocation. *Phillips v. State*, 101 Ark. App. 190, 272 S.W.3d 123 (2008). Here, the Crittenden County Sheriff's Office Collector, Amy Peyton, testified that her office had not received any payments from Jones. This was sufficient for the court to find that Jones violated his probation by failing to pay all fines, costs, and probation fees. From our review of the record and the brief presented to us, we find that counsel has complied with the requirements of Rule 4–3(k)(1) and hold that there is no merit to this appeal. Accordingly, counsel's motion to withdraw is granted and the revocation is affirmed.

Affirmed; motion to withdraw granted.

HARRISON and GRUBER, JJ., agree.

*C. Brian Williams*, for appellant.

No response.